UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION (DETROIT)

In re:  Chapter 7

Tracy Edward Reiman and Diane Carol Reiman,  Case No. 09-70776

    Debtors.  Hon. Phillip J. Shefferly

_____/

### ORDER DENYING CHAPTER 7 TRUSTEE'S MOTION TO REVOKE ABANDONMENT OF REAL PROPERTY AND CLOSING CHAPTER 7 CASE

On June 10, 2010, the Court entered an order reopening this Chapter 7 case to permit the Chapter 7 Trustee to file a motion to revoke abandonment of real property. The Trustee filed a motion to revoke abandonment of real property on June 11, 2010 (docket entry no. 23). On July 16, 2010, the Court issued an opinion denying Chapter 7 trustee's motion to revoke abandonment of real property. Accordingly, for the reasons set forth in that opinion,

**IT IS HEREBY ORDERED** that the Chapter 7 Trustee's motion to revoke abandonment of real property (docket entry no. 23) is denied.

**IT IS FURTHER ORDERED** that this Chapter 7 case is closed.

```
Signed on July 16, 2010
                                        /s/ Phillip J. Shefferly
                                    Phillip J. Shefferly
                                    United States Bankruptcy Judge
```